**United States Bankruptcy Court**
**District of Puerto Rico**

RECEIVED AND FILED

IN RE:                                                  Case No. 04-08331 SEK

ROSARIO VAZQUEZ, LETICIA & ANAYA RIVERA, ANGEL LUIS     Chapter 13
<br>Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 9/17/2004                      ☐ AMENDED PLAN DATED: _____
   ☑ PRE ☐ POST-CONFIRMATION              Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 500.00 x 60 = $ 30,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 30,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 30,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ 1,300.00

Signed: _____
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RURAL HOUSING SE**    Cr. _____    Cr. _____
# 0007214801               # _____        # _____
$ 24,000.00              $ _____        $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
     See below
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
     **RURAL HOUSING SE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law: 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
LV 0

*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW**      Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

RECEIVED AND FILED
CASHIER 2
04 SEP 20 AM 8: 58
[DISTRICT OF PUERTO RICO]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>ROSARIO VAZQUEZ, LETICIA<br>ANAYA RIVERA, ANGEL LUIS<br>Debtor | CASE NO. 04-08331 SEK<br><br>CHAPTER 13 |

### NOTICE OF FILING OF CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

**COMES NOW**, debtors in the above captioned case, through the undersigned attorney, and respectfully state and pray as follows:

1. Debtors filed a motion to consolidate cases filed by Angel Luis Ayana Rivera (BK 04-08332 SEK) with case of common-law wife spouse Leticia Rosario Vazquez (BK 04-08331 SEK). The motion was granted and an Order was entered on September 8th, 2004.

2. Debtors are hereby submitting a proposed Plan, dated September 17th, 2004, herewith and attached to this motion.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date a copy of this motion was sent via regular mail to Chapter 13 Trustee, Mr. Alejandro Oliveras Rivera, PO Box 9024062, San Juan, PR 00902-4062; and debtor Ms. Leticia Rosario Vazquez, and debtor Mr. angel Luis Anaya Rivera, PMB 1108, PO Box 6400, Cayey, Puerto Rico 00737-6400; and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 17th day of September 2004.

ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0186
TEL NO (787)744-7699
FAX NO (787)746-5294

LETICIA ROSARIO VAZQUEZ
XXX-XX-0075


BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN PR 00936-4745


CITI CARDS
PO BOX 8105
SOUTH HACKENSACK NJ 07606-8105


CITIBANK NA
PO BOX 70163
SAN JUAN PR 00936-8163


COMMOLOCO INC
BANKRUPTCY DIVISON
PO BOX 363769
SAN JUAN PR 00936-3769


CORTELCO
PO BOX 363665
SAN JUAN PR 00936-3665


ISLAND FINANCE PUERTO RICO INC
BANKRUPTCY DIVISION
PO BOX 195369
SAN JUAN PR 00919-5369


MUEBLERIAS BERRIOS
PO BOX 674
CIDRA PR 00739-0674


RURAL HOUSING SERVICE
CENTRALIZED SERVICING CENTER
PO BOX 66506
SAINT LOUIS MO 63166-6506

RURAL HOUSING SERVICE
PO BOX 371419
PITTSBURGH PA  15250-7419


THE ASSOCIATES FINANCE
BANKRUPTCY DIVISION
PO BOX 1616
BAYAMON PR  00960-1616


THE ASSOCIATES FINANCE
PO BOX 1093
CAGUAS PR  00726-1093


MR ALEJANDRO OLIVERAS RIVERA ESQ
PO BOX 9024062
SAN JUAN PR 00902-4062

ANGEL L ANAYA RIVERA
XXX-XX-3269


BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN PR  00936-4745


CITI CARDS
PO BOX 8105
SOUTH HACKENSACK NJ  07606-8105


CITIBANK NA
PO BOX 70163
SAN JUAN PR  00936-8163


COMMOLOCO INC
BANKRUPTCY DIVISON
PO BOX 363769
SAN JUAN PR  00936-3769


CORTELCO
PO BOX 363665
SAN JUAN PR  00936-3665


ISLAND FINANCE PUERTO RICO INC
BANKRUPTCY DIVISION
PO BOX 195369
SAN JUAN PR  00919-5369


MUEBLERIAS BERRIOS
PO BOX 674
CIDRA PR  00739-0674


RURAL HOUSING SERVICE
CENTRALIZED SERVICING CENTER
PO BOX 66506
SAINT LOUIS MO  63166-6506

RURAL HOUSING SERVICE
PO BOX 371419
PITTSBURGH PA 15250-7419

THE ASSOCIATES FINANCE
BANKRUPTCY DIVISION
PO BOX 1616
BAYAMON PR 00960-1616

THE ASSOCIATES FINANCE
PO BOX 1093
CAGUAS PR 00726-1093

MR JOSE R CARRION ESQ
PO BOX 9023884
SAN JUAN PR 00902-3884

CITIBANK CCSI
CARDONA JIMENEZ LAW OFFICE
C/O JORGE A RODRIGUEZ FRATICELLI ESQ
PO BOX 9023593
SAN JUAN PR 00902-3593